UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MICHAEL ANGELO BURNETT,

       Plaintiff,                     Case No. 1:21-cv-468

v.                                    Honorable Paul L. Maloney

WENDY LANE,

       Defendant.
_____/

**JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   August 31, 2021                 /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge